AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**REBECCA OLIVER,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

| | |
|---|---|
| **MICHAEL J. ASTRUE,** | **CASE NO.  C2-07-625** |
| **COMMISSIONER OF SOCIAL** | **JUDGE EDMUND A. SARGUS, JR.** |
| **SECURITY,** | **MAGISTRATE JUDGE TERENCE P. KEMP** |
|       **Defendant.** | |

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed September 30, 2008, JUDGMENT is hereby entered DISMISSING this action.**

Date: September 30,  2008                                                  JAMES BONINI, CLERK

                                                                              */S/ Andy F. Quisumbing*
                                                                             (By) Andy F. Quisumbing
                                                                             Courtroom Deputy Clerk